Roddy Q. Bolaños
ATTORNEY AT LAW – ABOGADO, LLC.

608 Kennedy Blvd., Union City, NJ 07087
Office: (201)-617-0640 ● Fax: (201)-624-7772 ● E-mail: **lawoffice@me.com**

Roddy Q. Bolanos, Esq.*
William M. Candia, Esq.*◊+

*Admitted to practice in NJ
◊Admitted to practice in ND
+Admitted to practice in NY

October 28, 2026

Honorable Julien Xavier Neals
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Sanchez v. Warden, Civil No. 26-12600 (JXN)

Dear Judge Neals,

This office represents the petitioner in the above captioned matter. The petitioner respectfully does not wish to request any further relief from this court. The Petitioner requests that this Court dismisses the Habeas Corpus petition, lifts any injunctions and closes this matter.

Sincerely,

William M. Candia, Esq.

**So ORDERED on 10/29/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**